IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BLUEFIELD

BARBARA ANN AKERS,

    Plaintiff,

v.                                   CIVIL CASE NO. 1:14-10874

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

    Defendant.

<u>MEMORANDUM OPINION AND ORDER</u>

By Standing Order, this action was referred to United States Magistrate Judge Dwane L. Tinsley for submission of findings and recommendations regarding disposition, pursuant to 28 U.S.C. § 636(b)(1)(B). (Doc. No. 4). Magistrate Judge Tinsley submitted his Proposed Findings and Recommendation ("PF&R") to the court on September 4, 2015, in which he recommended that the district court reverse the final decision of the Commissioner, remand the case for further administrative proceedings, and dismiss the matter from the court's docket. (Doc. No. 12).

In accordance with the provisions of 28 U.S.C. § 636(b), the parties were allotted fourteen days, plus three mailing days, in which to file any objections to Magistrate Judge Tinsley's PF&R. The failure of any party to file such

1

objections constitutes a waiver of such party's right to a <u>de novo</u> review by this court.  <u>Snyder v. Ridenour</u>, 889 F.2d 1363 (4th Cir. 1989).

    The parties failed to file any objections to the Magistrate Judge's PF&R within the seventeen-day period.  Having reviewed the PF&R filed by Magistrate Judge Tinsley, the court adopts the findings and recommendation contained therein.

    Accordingly, the court adopts the factual and legal analysis contained within the PF&R, **REVERSES** the final decision of the Commissioner, **REMANDS** the case to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g), and **DIRECTS** the Clerk to remove this matter from the court's docket.

    The Clerk is further directed to forward a copy of this Memorandum Opinion and Order to all counsel of record.

    It is **SO ORDERED** this 22nd day of September, 2015.

                                **ENTER:**

                                David A. Faber
                                Senior United States District Judge